United States District Court
Southern District of Texas
**ENTERED**
July 11, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CHERIE FOUNTAINE,** *et al.*, § § § **plaintiffs,** § § **v.** § § **U.S. BANK NATIONAL ASSOCIATION,** § as indenture trustee for TOWD Point § Mortgage Trust 2019-4, § § **defendant.** § | Case 4:23-cv-801 |

### ORDER GRANTING U.S. BANK'S UNOPPOSED MOTION FOR ENTRY OF A SEPARATE DOCUMENT ON PRELIMINARY INJUNCTION

On this day came on to be heard U.S. Bank's unopposed motion for an entry of a separate document on preliminary injunction. Upon consideration of U.S. Bank's motion and applicable law, this court finds the motion should be granted as follows:

IT IS ORDERED, ADJUDGED and DECREED that the court will enter a separate order memorializing its ruling on plaintiffs' motion for preliminary injunction with findings of fact and conclusions of law supporting each required element.

Dated: July 7, 2023.

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE