UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CHERIE FOUNTAINE, HAILEY KING and JJP CAPITAL GROUP LLC**  §§§§§§§§§§§§§§§<br><br>**Plaintiffs,**<br><br>v.<br><br>**U.S. BANK NATIONAL ASSOCIATION, an indenture trustee for TOWD Point Mortgage Trust Mortgage Trust 2019-4,**<br><br>**Defendant.** | **Case 4:23-cv-801** |

### PLAINTIFF JJP CAPITAL GROUP LLC'S MOTION FOR NONSUIT

Plaintiff JJP Capital Group LLC ("JJP Capital") files this Motion for Nonsuit to remove its causes of action against U.S. Bank National Association ("U.S. Bank" or "Defendant") and respectfully shows the court as follows:

JJP Capital released its interest in the property related to this case. All claims and causes of action, which were or could have been asserted by Plaintiff JJP Capital Group LLC only, should be non-suited without prejudice.

JJP Capital requests that the Court take notice of this non-suit without prejudice and enter the Order Granting JJP Capital Group LLC's Motion for Nonsuit.

Respectfully submitted,

**THE KELLER FIRM**

_____
Michael E. Keller
State Bar No. 24087837
Southern District Bar No. 3321436
*Attorney in Charge*
5440 Harvest Hill Road
Suite 233
Dallas, Texas 75230
Phone: (214) 775-0817
Email: mike@kellerfirm.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby affirm that a true and correct copy of the foregoing document with its attachments was served upon all counsel of record through the Court's e-filing system on the 20th day of September, 2023.

Michael J. McKleroy,
mmckleroy@hinshawlaw.com
C. Charles Townsend,
ctownsend@hinshawlaw.com
Alfredo Ramos,
framos@hinshawlaw.com
HINSHAW & CULBERTSON, LLP
2001 Ross Avenue, Suite 700
Dallas, Texas 75201
**ATTORNEYS FOR U.S. BANK**

_____
Michael Keller