United States District Court
Southern District of Texas
**ENTERED**
October 12, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-801 |
|---|---|---|---|

| CHERIE FOUNTAINE & HAILEY KING |
|---|
| *versus* |
| U.S. BANK NATIONAL ASSOCIATION, an indenture trustee for TOWD Point Mortgage Trust 2019-4. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Bernard J. Grant<br>The Keller Firm<br>5440 Harvest Hill Road, Suite 233<br>Dallas, TX 75230<br>214-774-4105, bernard@kellerfirm.com<br>Texas Bar No. 24031635 |
|---|---|

| Name of party applicant seeks to appear for: | CHERIE FOUNTAINE & HAILEY KING |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes ✓   No _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/4/2023 | Signed: | /s/ BERNARD J. GRANT |
|---|---|---|

| The state bar reports that the applicant's status is: Active |||
|---|---|---|
| Dated: 10/11/23 | Clerk's signature | Lisa R. Edwards |

**Order**

Dated: 10/11/23 _____

This lawyer is admitted *pro hac vice*.

_____
United States District Judge