UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CHERIE FOUNTAINE,** *et al.*, | § § § |
| **plaintiffs,** | § § |
| v. | § § Case 4:23-cv-801 |
| **U.S. BANK NATIONAL ASSOCIATION,** as indenture trustee for TOWD Point Mortgage Trust 2019-4, | § § § § |
| **defendant.** | § § |

### ORDER GRANTING U.S. BANK'S EMERGENCY MOTION TO STAY PENDING APPEAL

On this day came on to be heard U.S. Bank's emergency motion to stay the findings of facts and conclusions of law entered on September 13, 2024 pending appeal. (Dkt. 48.) Upon consideration of U.S. Bank's motion, any response thereto, and applicable law, this court finds the motion should be granted as follows:

IT IS ORDERED, ADJUDGED and DECREED that the court's findings of facts and conclusions of law entered on September 13, 2024 is STAYED pending a disposition of the appeal on the merits to the Fifth Circuit Court of Appeals.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiffs, as well as their agents, representatives and attorneys shall take no action to enforce the findings of facts and conclusions of law. (Dkt. 48.)

Dated: _____, 2025.

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE